UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MAHAMED ABUKAR SAID,<br><br>Defendant. | 0:15-CR-00145-LLP-VLD<br><br>ORDER DENYING DEFENDANT'S MOTION FOR DISCLOSURE OF INFORMANTS AND WITNESSES<br><br>[DOCKET NO. 39] |

In this case pending in the District of Minnesota, all district judges and magistrate judges in that district have recused themselves. See Docket No. 50. Thereafter, the Honorable Lawrence L. Piersol of the District of South Dakota was appointed to preside over this case. See Docket No. 51.

Prior to the District of Minnesota recusing itself, the Honorable Franklin L. Noel, United States Magistrate Judge, resolved several pending motions. See Docket No. 47. Judge Piersol, after being assigned to this case, vacated Judge Noel's order in order to avoid even the appearance of impropriety and has asked this magistrate judge to rule anew on the pending motions previously resolved by Judge Noel. See Docket Nos. 54, 55.

Docket No. 39 is a motion by defendant Mahamed Abukar Said asking the court to order the government to disclose the names and addresses of any informants and cooperating individuals who worked with or were used by law enforcement in investigating this matter *if* those individuals:

1.     were active participants in the offenses charged;

2.      were witnesses to the offenses charged; ***or***

3.      disclosure of their identities would otherwise be useful to the defendant and result in a fair resolution of the proceedings.  <u>See</u> Docket No. 39.  In addition, Mr. Said seeks the court's order allowing him to interview any informants or cooperating witnesses disclosed by the government.  <u>Id.</u>

The government responds to Mr. Said's motion by stating that there were no informants or cooperating witnesses in this case.  <u>See</u> Docket No. 45 at p. 9. Accordingly, it is hereby

ORDERED that Mr. Said's motion for disclosure of the identity of informants or cooperating witnesses [Docket No. 39] is denied as moot.

DATED this 25th day of August, 2015.

BY THE COURT:

_____
VERONICA L. DUFFY
United States Magistrate Judge