# United States District Court
## District of Minnesota

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**Mahamed Abukar Said** | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation)<br>Case Number: 15-cr-145 (01) (LLP/VLD)<br>USM Number: 18520-041<br>Social Security Number: 3687<br>Date of Birth: 1995<br><br>Christopher W. Madel<br>Defendant's Attorney |

**THE DEFENDANT:**

[] admitted guilt to violation of condition(s):  of the term of supervision.
[] was found in violation of condition(s) after denial of guilt.
[X] the violation is stayed. There is not an adjudication on this matter.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Special Condition | The defendant was ordered to reside at a residential reentry center for a period of 1 year and observe the rules. The defendant was terminated from his placement at the Glory House Residential Re-entry Center for refusing to follow the rules of the facility. | 05/23/16 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[] The defendant has not violated condition(s)  and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.

| | |
|---|---|
| | July 22, 2016 |
| | Date of Imposition of Judgment |
| | s/Lawrence L. Piersol |
| | Signature of Judge |
| | **LAWRENCE L. PIERSOL**, United States District Judge |
| | Name & Title of Judge |
| | July 22, 2016 |
| | Date |

AO 245D (Rev. 11/11)  Sheet 4 - Probation

DEFENDANT: MAHAMED ABUKAR SAID
CASE NUMBER: 15-CR-145 (1) (LLP/VLD)

# PROBATION

The defendant is hereby sentenced to continue the term of his probation under the same terms and conditions as previously imposed.
The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant must refrain from any unlawful use of a controlled substance. The defendant shall submit one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter as determined by the court.

[]  The above drug testing condition is suspended based on the Court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

[]  The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. (Check, if applicable.)

[]  The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

[]  The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

[]  The defendant shall participate in an approved rehabilitation program for domestic violence. (Check, if applicable.)

If this Judgment imposes a fine or restitution, it is a condition of probation that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this Court as well as any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without permission of the court or probation officer;
2) the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependants and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245D (Rev. 11/11)  Sheet 4A - Probation

DEFENDANT:        MAHAMED ABUKAR SAID
CASE NUMBER:      15-CR-145 (1) (LLP/VLD)

## ADDITIONAL PROBATION TERMS

a   The defendant shall serve 90 days in the custody of the Renville County Jail as a condition of probation, pursuant to 18 U.S.C. §§ 3583(d)(3) and 3563(b)(10). The defendant shall receive no credit for the time served waiting for this matter to be resolved.